IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

DIEGO CHOXJ CHA

_____/

## ORDER OF REFERENCE

The court has been informed that the defendant in the above styled case wishes to enter a plea of nolo contendere and consents to having the plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

ORDERED that the above captioned criminal case be referred to the Honorable Allan Kornblum, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a nolo contendere plea and to make a recommendation to the District Judge concerning acceptance or rejection of the plea.

DONE AND ORDERED this 12th day of March, 2009.

　　　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　　　United States District Judge