IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:08cr10-SPM

DIEGO CHOXJ CHA,

     Defendant.
_____/

### ORDER GRANTING EX PARTE MOTION FOR KICHEE INTERPRETER

Upon consideration, Defendant Cha's motion for Kichee interpreter (doc. 242) is granted.  The Court will have Kichee interpreters for Defendant Cha at trial, but the interpreters will not be certified because there are no certified Kichee interpreters.  The interpreters will be language skilled in Kichee.

SO ORDERED this 20th day of May, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge