IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO.: 1:08cr10-SPM

LORENZO SAC,
 a/k/a Diego Choxj Cha,

            Defendant.
_____/

**ORDER DENYING MOTION FOR NEW TRIAL**

This cause comes before the Court on Defendant Lorenzo Sac's Motion for New Trial. Doc. 359. The Government filed a response. Doc. 363. For the following reasons, the motion for new trial will be denied.

A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. A trial court enjoys broad power to a grant a new trial if it concludes that a miscarriage of justice has occurred. United States v. Hall, 854 F.2d 1269, 1271 (11th Cir. 1988).

Defendant argues that he is entitled to a new trial because the evidence did not show that he knew what marijuana was. At trial, Defendant testified that he did not know what marijuana was. He contends that the Government failed to rebut his testimony.

The jury, however, was free to disbelieve Defendant's testimony and conclude that the opposite of it was true. <u>United States v. Rudisill</u>, 187 F.3d 1260, 1268 (11th Cir. 1999). The jury could also rely on circumstantial evidence to determine that Defendant knew that he was growing marijuana. The evidence at trial showed that Defendant had been living at a house where one of the indoor grow operations was being conducted. There were surveillance cameras around the property. Although the surrounding areas were rural, Defendant was able to find food. He was able to communicate at least on some level with co-defendant John Sager, who showed him how to use machinery in the house. He was also able to communicate with co-defendant, Francisco Sac, who Defendant stated spoke Spanish and Quiche. Thus even if Defendant did not know what marijuana was when he first arrived in the United States, the jury could conclude that he learned about it from his co-defendants during the course of the offense. Accordingly, it is

ORDERED AND ADJUDGED: Defendant Lorenzo Sac's Motion for New Trial (doc. 359) is denied.

DONE AND ORDERED this 31st day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:08cr10-SPM