IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

LORENZO SAC
   a/k/a Diego Choxj Cha,

   Defendant.
_____/

**ORDER ON APPOINTMENT OF COUNSEL AND IFP STATUS FOR APPEAL**

This cause comes before the Court on Defendant's Motion to Appoint Counsel on Appeal and to Proceed in Forma Pauperis. Doc. 421. The motion is unnecessary because Defendant has already been declared indigent and counsel has been appointed. See doc. 21. By operation of Federal Rule of Appellate Procedure 24(a)(3), the Eleventh Circuit Plan Under the Criminal Justice Act (d)(2), and the Criminal Justice Act Plan of the Northern District of Florida IX.C.5., without further authorization from the Court Defendant may proceed on appeal in forma pauperis and appointed counsel is obligated to continue representing Defendant. Accordingly, it is

ORDERED AND ADJUDGED: The motion (doc. 421) is denied as moot. Defendant may proceed on appeal in forma pauperis and attorney Anderson E.

Hatfield shall continue to represent Defendant on appeal.

DONE AND ORDERED this 16th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge